**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET

Debtor: _____     Applicant: _____

Case No.: _____     Chapter: 13

Petition Date: _____

---

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

    ☐     will not reduce the amount to be paid to general unsecured creditors under the plan;

    ☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows: _____

    _____;

4. I have advised the debtor(s) that the fees sought in this Application:

    ☐     will not increase the amount and/or duration of plan payments;

    ☐     will increase the amount and/or duration of plan payments as follows:

    _____

    _____;

5. I have advised the debtor(s) that the fees sought in this Application:

    ☐     will be paid through the plan;

    ☐     will be paid outside of the plan;

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: _____     _____
                                                                        Signature

**NOTE:        DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**

## SECTION I
## FEE SUMMARY

☐ Interim Fee Application No. _____ or ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Received | $ _____ | $ _____ |
| Total Fees Allowed to Date: | $ _____ | $ _____ |
| Total Retainer (If Applicable): | $ _____ | $ _____ |
| Total Received by Applicant: | $ _____ | $ _____ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

Fee Totals: _____

Expense Totals: _____

Total Fee Application _____

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Preparation of Petition**<br><br>Meeting with client(s), drafting and signing of petition. | | |
| b) **Attendance at Meeting of Creditors**<br><br>Preparation for, and attendance at meeting of creditors. | | |
| c) **Review of Claims; Prosecution of Objections to Claims**<br><br>Review and analysis of filed claims. Negotiate with creditors and coordinate with debtor. Preparation of pleadings and responses. Attend Hearing. | | |
| d) **Case Administration**<br><br>Coordination of administrative tasks with debtor. Communication with trustee and creditors. Filing and service of amendments to schedules, change of address. | | |
| e) **Plan and Modification of Plan**<br><br>Formulation and drafting of plan or modified plan. Coordination with client and creditors. Review of objections to confirmation. Attend confirmation hearing(s). | | |
| f) **Prosecution of Motion(s)**<br><br>Draft motion(s), reply to opposition filed and attend hearing. | | |
| g) **Defense of Motion(s)/Certification(s) of Default**<br><br>Review and analysis of pleadings. Coordinate response with client. Draft opposition documents. Attend hearing. | | |
| h) **2004 Examination**<br><br>Preparation for, and attendance at 2004 examination(s). | | |
| i) **Prosecution/Defense of Adversary Proceeding**<br><br>Review and analyze issues. Preparation for and attendance at depositions. Preparation of related pleadings and responses. Court appearances. | | |
| j) **Loss Mitigation/Loan Modification** Communication with secured lender. Coordination with debtor. Preparation of pleadings. Participation in settlement conferences. Attend hearing. SEE ATTACHMENT | | |
| k) **Travel Time** | | |
| **TOTALS:** | | |

**SECTION III**
**SUMMARY OF EXPENSES**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Computer Assisted Legal Research**<br>Westlaw/Lexis and a description of manner calculated. | |
| b) **Pacer Fees**<br>Payable to the Pacer Service Center. | |
| c) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| d) **In-House Reproduction Services**<br>Exclusive of overhead charges. Include per page fee charged. | |
| e) **Outside Reproduction Services**<br>Including scanning services. | |
| f) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| g) **Court Reporting**<br>Transcripts. | |
| h) **Travel**<br>Mileage, tolls, parking. | |
| i) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| j) **Postage** | |
| k) **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | |

I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                            Signature

*rev.8/1/19*